HORATIO F. AVERILL, *for the motion.*
PLATT, GERARD & BUCKLEY, *opposed.*

———◆◆———

# COURT OF APPEALS.

FORBES, &c., administrators agt. WALTER, receiver.

*Argued Oct.* 2, 1862; *decided Dec.* 26, 1862.

RETURNING an execution within 7 (seven) days, is *not* an *irregularity;* and *supplementary proceedings* may be at once commenced.

This answers the *note,* 24 *How., p.* 502.

Truly yours,                    GEO. GOULD.